**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
SEP 10 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFREDO CATALAN,<br><br>    Defendant. | Criminal Case No. 20-cr-02699-JAH<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States<br>(Felony) |

The United States Attorney charges:

### COUNT 1

On or about July 21, 2020, within the Southern District of California, defendant ALFREDO CATALAN did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, a 1-liter bottles of "Metaldane 600," in violation of Title 18, United States Code, Section 545.

Dated: September 2, 2020

               ROBERT S. BREWER, JR.
               United States Attorney

               */s/ Melanie K. Pierson*

               MELANIE K. PIERSON
               Assistant U.S. Attorney